**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| JACOB KRAKAUER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RECREATIONAL EQUIPMENT, INC.,<br><br>Defendant. | Case No. 3:22-CV-05830-BHS<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Jacob Krakauer, by and through his undersigned counsel of record, hereby dismisses his claims against Defendant Recreational Equipment, Inc., without prejudice.

Dated:  April 17, 2024                  Respectfully submitted,

**CARSON & NOEL, PLLC**

By:     */s/ Wright A. Noel*
           Wright A. Noel

20 Sixth Avenue, NE
Issaquah, Washington, 98027
Telephone: (425) 395-7786
Facsimile: (425) 837-5396
Email: wright@carsonnoel.com

**BURSOR & FISHER, P.A.**

L. Timothy Fisher (*pro hac vice*)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ltfisher@bursor.com

**BURSOR & FISHER, P.A.**

Jonathan L. Wolloch (*pro hac vice*)
701 Brickell Ave., Suite 1420
Miami, FL 33131
Telephone: (305) 330-5512
Facsimile: (305) 676-9006
Email: jwolloch@bursor.com

**RICHMAN LAW & POLICY**

Kim E. Richman (*pro hac vice*)
1 Bridge St., Suite 83
Irvington, NY 10533
Telephone: (914) 693-2018
krichman@richmanlawpolicy.com

*Attorneys for Plaintiff*

NOTICE OF VOLUNTARY DISMISSAL
CASE NO. 3:22-CV-05830-BHS

BURSOR & FISHER, P.A.
1990 NORTH CALIFORNIA BLVD.
WALNUT CREEK, CA 94596

-2-